# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY D. HUNT, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18−cv−1038−NJR |
| ) | |
| JAY SWANSON, ) | |
| GRAHAM CORRECTIONAL CENTER, ) | |
| WEXFORD HEALTH SOURCES, ) | |
| KAYRA, BAKER, GIBSON, ) | |
| COLLINS, and MILLER, ) | |
| ) | |
| Defendants. ) | |

# ORDER

**ROSENSTENGEL, District Judge:**

This case was opened on May 1, 2018 as a new action. (Doc. 1). Plaintiff used the Court's civil form and did not include a case number. (Doc. 1). Upon further review of the Court's docket, however, Plaintiff was ordered to submit an amended complaint in case 18-cv-186-JPG ("18-186") regarding his claims about the surgery he received on his jaw. This Complaint addresses Plaintiff's complaints regarding his jaw surgery, and it was submitted during the time frame outlined in 18-186 for filing an amended complaint. The Court finds that Plaintiff did not intend to open a new case by filing the Complaint, but rather was attempting to submit an amended complaint in case 18-186.

For these reasons, the Clerk of the Court is **DIRECTED** to file the Complaint in this action as the "Amended Complaint" in 18-186. The Clerk of Court is further **DIRECTED** to close this case as opened in error. No filing fee will be assessed for this action.

**IT IS SO ORDERED.**

**DATED:  May 3, 2018**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**